STATE OF NEW JERSEY v. DANA BRAUNSKILL.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN L. LEE.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WARREN ALSTON.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RAFAEL RODRIGUEZ.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN HALEY.

March 1, 1983.

Petition for certification denied.